**Dismiss and Opinion Filed July 5, 2013**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-13-00833-CV**

**GREG JAYNES, Appellant**
**V.**
**GLENNA JAYNES, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-03724**

## MEMORANDUM OPINION

Before Justices O'Neill, Francis, and Fillmore
Opinion Per Curiam

The Court has before it appellant's unopposed motion to dismiss appeal. We **GRANT**

the motion and **DISMISS** the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

PER CURIAM

130833F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

GREG JAYNES, Appellant

No. 05-13-00833-CV        V.

GLENNA JAYNES, Appellee

On Appeal from the 302nd Judicial District Court, Dallas County, Texas
Trial Court Cause No. 11-03724.
Opinion delivered per curiam.  Justices O'Neill, Francis and Fillmore sitting for the Court.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee GLENNA JAYNES recover her costs of this appeal from appellant GREG JAYNES.

Judgment entered July 5, 2013

/Molly Francis/
MOLLY FRANCIS
JUSTICE